JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO RAMIREZ,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN BIRKHOLZ,<br><br>    Respondent. | Case No. 2:24-cv-00863-MEMF-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: March 20, 2025

HON. MAAME EWUSI-MENSAH FRIMPONG
United States District Judge