JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SERGIO RAMIREZ,

          Petitioner,

     v.

BRIAN BIRKHOLZ, Warden of
FCC Lompoc,

          Respondent.

Case No. 2:24-cv-00863-MEMF-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice as moot.

DATED: March 30, 2026

_____

Hon. Maame Ewusi-Mensah Frimpong
UNITED STATES DISTRICT JUDGE